## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ezra Lee Davis,  Civil No. 07-4539 (PAM/JSM)

      Plaintiff,

v. **ORDER**

Sheila Mae Young and
Ed Houghtaling,

      Defendants.

This matter is before the Court on a Report and Recommendation from Magistrate Judge Janie S. Mayeron dated January 25, 2008. There being no objections filed to Magistrate Judge Boylan's Report and Recommendation, **THE COURT HEREBY ORDERS** that:

1. Plaintiff's Application to Proceed In Forma Pauperis (Docket No. 2) is **DENIED;** and

2. The action is **DISMISSED without prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 6, 2008

                                          s/ Paul A. Magnuson
                                          Paul A. Magnuson
                                          United States District Court Judge